NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CRADLE IP LLC,**

*Plaintiff-Appellant,*

**v.**

**TEXAS INSTRUMENTS, INC.,**

*Defendant-Appellee.*

---

2014-1193

---

Appeal from the United States District Court for the District of Delaware in No. 1:11-cv-01254-SLR, Judge Sue L. Robinson.

---

**JUDGMENT**

---

CHARLES W. SABER, Dickstein Shapiro LLP, of Washington, DC, argued for plaintiff-appellant. With him on the brief was SALVATOR P. TAMBURO. Of counsel were LESLIE A. LEE; and STEVEN T. SKELLEY, of New York, New York.

ROBERT T. HASLAM, Covington & Burling LLP, of Redwood Shores, California, argued for defendant-appellee. With him on the brief was ANUPAM SHARMA. Of counsel were HYUN SIK BYUN, PATRICK NORTON FLYNN,

THOMAS E. GARTEN, CHARLIN CHIA-NING LU; and JOHN JEFFERY PATTI and SARAH RUSSELL VOLLBRECHT, Texas Instruments, Inc., of Dallas, Texas.

───────────────

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, REYNA, and HUGHES, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| January 8, 2015 | /s/ Daniel. E. O'Toole |
|---|---|
| Date | Daniel E. O'Toole |
| | Clerk of Court |